SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>KAREN LEE ALLEN D/B/A BIRDS &<br>MORE; ROSALIE A. LANE; and DOES 1<br>to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-08751**<br><br>**NOTICE OF RELATED CASES PURSUANT TO CIVIL L.R. 83-1** |

TO:   THE HONORABLE COURT AND THE CLERK

Plaintiff hereby submits this Notice of Related Cases pursuant to Civil L.R. 83-1.3.1.:

Pursuant to Civil Local Rule 83-1.3.1, it shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges. (Civil Local Rule 83-1.3.1)

NOTICE OF IDENTICAL AND RELATED CASES - 1

Case No. 2:24-cv-08751 and Case No. 2:24-cv-00202-HDV-AJRx

Both lawsuits assert the same causes of action for violations of the Americans with Disabilities Act of 1990.  Both lawsuits involve the same business that Plaintiff visited.

DATED:  October 10, 2024                    **SO. CAL EQUAL ACCESS GROUP**


                                     */s/ Jason J. Kim*
                                     JASON J. Kim
                                     Attorney for Plaintiff

NOTICE OF IDENTICAL AND RELATED CASES - 2